707 A.2d 147

IN THE MATTER OF THOMAS J. VIGGIANO,
AN ATTORNEY AT LAW.

March 25, 1998.

## ORDER

The Disciplinary Review Board on January 6, 1998, having filed with the Court its decision concluding that **THOMAS J. VIGGI-ANO** of **HACKENSACK,** who was admitted to the bar of this State in 1974, should be suspended from the practice of law for a period of three months on the basis of his criminal conviction of two counts of simple assault, in violation of *N.J.S.A.* 2C:12–1a(1), conduct that violates *RPC* 8.4(b), and good cause appearing;

It is ORDERED that **THOMAS J. VIGGIANO** is hereby suspended from the practice of law for a period of three months effective April 20, 1998, and until further Order of the Court; and it is further

ORDERED that prior to reinstatement to practice, respondent shall submit proof that he is receiving professional counseling for anger management; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.